1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6730
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12  AFSHIN NICKHOU,                    )
                                       )   No. C 07-2439 PVT
13              Plaintiff,             )
                                       )
14         v.                          )
                                       )   **EX PARTE MOTION TO EXTEND DATE
15  MICHAEL CHERTOFF, Secretary of the )   OF CASE MANAGEMENT
    Department of Homeland Security;   )   CONFERENCE; AND [PROPOSED]
16  EMILIO T. GONZALEZ, Director, U.S. )   ORDER**
    Citizenship and Immigration Services; )
17  FRANCIS D. SICILIANO, Officer-in-Charge, )
    San Jose Sub Office, U.S. Citizenship and )
18  Immigration Services;             )
    ROBERT S. MUELLER, Director of Federal )
19  Bureau of Investigation,          )
                                       )
20              Defendants.            )
    _____)

21

22         Pursuant to Civil L.R. 7-10, the Federal Defendants respectfully request an extension of the date

23  of the case management conference based on the following:

24         1.  Plaintiff filed this action on or about May 7, 2007.   The United States Attorney's Office was

25  not served until July 26, 2007.

26         2.  Pursuant to this Court's May 7, 2007 Order Setting the Case Management Conference, the

27  parties are required to file a joint case management statement on August 7, 2007, and attend a case

28  management conference on August 14, 2007.

Ex parte Motion to Extend Date of Case Management Conference
C07-2439 PVT                          1

1    3.  In order to allow sufficient time for Defendants to consider an alternative resolution to this

2  case and/or Answer and prepare a joint case management statement, the defendants hereby

3  respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

4    Last day to file Defendants' Answer:                September 24, 2007

5    Last day to file Joint ADR Certification:           October 2, 2007

6    Last day to file/serve Joint Case Management Statement:   October 16, 2007

7    Case Management Conference:                         October 23, 2007, at 2:00 p.m.

8  Date: August 7, 2007                          Respectfully submitted,

9                                                 SCOTT N. SCHOOLS
                                                   United States Attorney
10

11                                                 _____/s/_____
                                                   MELANIE L. PROCTOR
12                                                 Assistant United States Attorney
                                                   Attorneys for Defendants
13

14                                         **ORDER**

15        The Defendants' ex parte motion to extend the date of the case management conference is

16  granted.

17

18

19  Date:                                         _____
                                                   PATRICIA V. TRUMBULL
20                                                 United States Magistrate Judge

21

22

23

24

25

26

27

28

Ex parte Motion to Extend Date of Case Management Conference
C07-2439 PVT                          2