SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AFSHIN NICKHOU,<br><br>              Plaintiff,<br><br>      v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; FRANCIS D. SICILIANO, Officer-in-Charge, San Jose Sub Office, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>              Defendants. | No. C 07-2439 PVT<br><br>**EX PARTE MOTION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

    Pursuant to Civil L.R. 7-10, the Federal Defendants respectfully request an extension of the date of the case management conference based on the following:

    1. Plaintiff filed this action on or about May 7, 2007. The United States Attorney's Office was not served until July 26, 2007.

    2. Pursuant to this Court's May 7, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on August 7, 2007, and attend a case management conference on August 14, 2007.

Ex parte Motion to Extend Date of Case Management Conference
C07-2439 PVT                                                          1

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the defendants hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | September 24, 2007 |
| Last day to file Joint ADR Certification: | October 2, 2007 |
| Last day to file/serve Joint Case Management Statement: | October 16, 2007 |
| Case Management Conference: | October 23, 2007, at 2:00 p.m. |

Date: August 7, 2007  

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

**ORDER**

The Defendants' ex parte motion to extend the date of the case management conference is granted.

Date: _____

PATRICIA V. TRUMBULL
United States Magistrate Judge

Ex parte Motion to Extend Date of Case Management Conference
C07-2439 PVT                                                2