**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

AFSHIN NICKHOU,

    *Plaintiff(s),*

vs.

MICHAEL CHERTOFF, ET AL.,

    *Defendant(s).*

C 07-2439 PVT

**CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE**

    Please take notice that the Case Management Conference scheduled for August 14, 2007 at 2:00 p.m. has been rescheduled to **October 23, 2007 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.** Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: August 8, 2007

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK

1 | Copies mailed to:

2

3 | **Afshin Nickhou**
6516 Plainview Court
4 | San Jose, CA 95120